**JOSEPH A. GROB, P.C.**
3 HAWTHORNE LANE
LAWRENCE, NY 11516
Tel: (516) 993-7336
Fax: (866) 651-3196

February 27, 2020

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020

Re: *United States v. Alvin Perez*
18-Cr-00545 (SHS)

Dear Judge Stein:

I am the CJA attorney appointed to represent Alvin Perez in this case. This letter is respectfully submitted to request that I be relieved from representing Mr. Perez and that new counsel be assigned to represent him. I am asking to be relieved because I have accepted an offer of employment from the New York State Department of Motor Vehicles and I am scheduled to commence that employment on March 19, 2020. I have conferred with Mr. Perez and I have advised him that I will be closing my practice to accept that position at the DMV.

In light of the above, I respectfully request that Your Honor schedule a hearing to address this matter and to appoint new CJA counsel. With respect to scheduling, I will be away and out of the country from March 1 through March 10, but I am available for a conference on March 12, 2020, March 16, 2020, March 17, 2020 and/or March 18, 2020.

Thank you in advance for Your Honor's consideration in this matter.

Respectfully submitted,

Joseph A. Grob

A conference is scheduled for March 12, 2020, at 2:30pm.

SO ORDERED 3/2/2020

_____
SIDNEY H. STEIN
U.S.D.J.