UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  18-Cr-545 (SHS)

v.  :

ALVIN PEREZ,  :  ORDER

          Defendant.  :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        At the request of the defendant's attorney, Joseph A. Grob, to be relieved as counsel for defendant,

        IT IS HEREBY ORDERED that Joseph A. Grob is relieved, and the CJA attorney on duty today, Peter E. Brill, is appointed to assume representation of the defendant in this matter.

Dated: New York, New York
       March 12, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.