USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        18-Cr-545 (SHS)

    -against-                                 :        UNSEALING ORDER

ALVIN PEREZ,                                 :

            Defendant.                      :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        IT IS HEREBY ORDERED that the Clerk of Court shall unseal the plea in this

matter [Doc. No. 5].

Dated: New York, New York
       July 27, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.